**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JACKIE OSBORNE,**
      **Plaintiff,**

-vs-                 **Case No. 6:11-cv-1699-Orl-31KRS**

**ORANGE LAKE COUNTY CLUB,**
      **Defendant.**
_____

## ORDER

  This cause comes before the Court on Plaintiff's Application to Proceed in the District Court Without Prepaying Fees or Costs (Doc. No. 2), filed October 17, 2011.

  On October 21, 2011, the United States Magistrate Judge issued a report (Doc. No. 8) recommending that the case be dismissed and the motion to proceed *in forma pauperis* be denied. No objections have been filed. Therefore, it is **ORDERED** as follows:

  1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

  2. This case is **DISMISSED** without prejudice. Plaintiff may file an amended complaint by November 28, 2011, which complies with the dictates of the Report and Recommendation. Failure to timely file an amended complaint will result in the case being dismissed and closed without further notice.

  3. The Motion to Proceed *in forma pauperis* is **DENIED** without prejudice. Plaintiff may file a renewed motion with the Amended Complaint.

  **DONE** and **ORDERED** in Chambers, Orlando, Florida on this 14th day of November, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

                 _____
                 GREGORY A. PRESNELL
                 UNITED STATES DISTRICT JUDGE